835

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 828 896

VEEDA PAYNE

VERSUS

WALMART, INC.

SECTION: " "

D

FILED:_____

_____
DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, VEEDA PAYNE ("Ms. Payne"), who respectfully presents claims for personal injuries as follows:

### PARTIES

**1.**

Made Petitioner herein is VEEDA PAYNE, an individual of the full age of majority, domiciled in the State of Louisiana.

**2.**

Made Defendant herein is WALMART, INC. ("Walmart" or "Defendant"), a foreign corporation licensed to do, and doing business in the State of Louisiana, who at all relevant times maintained a principal business establishment in the Parish of East Baton Rouge, State of Louisiana.

### JURISDICTION

**3.**

Jurisdiction is proper in this Court because it maintains subject matter jurisdiction over the dispute based on the object of the demand and the amount in controversy, which would exceed $75,000, pursuant to Article 2 of the Louisiana Code of Civil Procedure.

### VENUE

**4.**

Venue is proper in this Court under Article 74 of the Louisiana Code of Civil Procedure, as the injuries that form the subject matter of this suit were sustained in the Parish of Jefferson.

24th E-Filed: 06/03/2022 11:02 Case: 828896 Div:D Atty:034771 DAVID C SPINNER

07/26/2022 11:49:37 CERTIFIED TRUE COPY - Pg:1 of 6 - Jefferson Parish Clerk of Court - ID:22108042

## FACTUAL ALLEGATIONS

5.

On or about July 3, 2021, Mr. Payne lawfully entered a Walmart store, located at 8912 Veterans Memorial Blvd., Metairie, LA 70003, a store which upon information and belief is owned and operated by Defendant.

6.

Upon information and belief at the time Ms. Payne entered the store, it was raining, and had been raining most of the day.

7.

Shortly after entering the store, Mr. Payne found the product she needed and proceeded to the self-checkout area at the front of the store.

8.

Ms. Payne used the self-checkout to purchase the item. Shortly after finishing her purchase, she turned away from the self-checkout station so that she could leave the store.

9.

Shortly after Ms. Payne turned around, while she was still in the self-checkout area, Ms. Payne slipped and fell in a highly slippery gel like substance that was on the ground, causing Ms. Payne to strike the ground with significant force.

10.

Upon information and belief, there was no wet floor sign (or any other signage indicative of falling hazards) placed in, on, or around the gel substance.

11.

Upon information and belief, the unknown liquid substance was visible to Defendant's employees before Mr. Payne slipped on it.

12.

Upon information and belief, a Walmart associate is assigned to work the self-checkout area, and at the time of the fall, there was in fact a Walmart associate working in the area.

13.

Upon information and belief, Walmart associates are expected to inspect the checkout areas frequently due to the higher likelihood of spills in that area. Additionally, Walmart employees are



to keep paper towel in the checkout area and are to cleanup spills whenever possible rather than call for a maintenance employee.

14.

The purpose of these requirements is so that spills can be quickly cleaned up.

15.

Despite a Walmart associate being in the immediate vicinity of the spill, she failed to clean the spill, and or take any other actions to mitigate the clearly visible hazardous condition which is a violation of Walmart's policies.

16.

Upon information and belief, because this was a rainy day and because the fall happened in a highly trafficked area, Walmart and its employees should have been extra vigilant of hazardous conditions present on the floor.

17.

Upon information and belief, the Walmart employee assigned to work the self-checkout area was disciplined due to her failure to follow Walmart's clean-up policies.

18.

Because a Walmart associate was within feet of the hazardous condition that caused Ms. Payne to fall, Walmart had actual and/or constructive knowledge of the hazardous condition.

19.

Despite this actual and or constructive knowledge of the hazardous condition, Walmart failed to timely take any action to mitigate the situation.

20.

The accident referred to herein and the resulting injury and damages were caused solely and proximately by the fault and negligence of Walmart in the following non-exclusive particulars:

    a. Failing to see what should have been seen;

    b. Failing to properly inspect the area where the accident occurred;

    c. Failing to maintain the premises and render it safe for customers;

    d. Failing to warn of an unreasonably dangerous condition;

    e. Failing to use reasonable and prudent care under the circumstances;

    f. Failing to place a hazard sign, warning sign, or barricade near the area of the gel substance which caused the fall and subsequent injuries to petitioner;



g. Failing to prevent the risk foreseeable harm to a public patron, like petitioner, resulting in a breach of a duty owed to petitioner, and

h. Failure to follow Walmart policies regarding the cleaning and inspecting of the checkout areas.

21.

As a result of the aforementioned incident, Ms. Payne sustained injuries, including, but not limited to, significant injury to her left foot for which Ms. Payne has endured significant pain, suffering, mental anguish, past and future medical expenses, travel expenses, lost wages, loss of earning capacity, loss of household services, loss of consortium, loss of enjoyment of life, and associated miscellaneous expenses, and all others that occurred as a result of the fault of Walmart, for which Ms. Payne claims a reasonable sum in the premises.

**WHEREFORE**, your Petitioner, **VEEDA PAYNE**, prays that this Petition be deemed good and sufficient, that the Defendant be served with a certified copy of this Petition and duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings be had, there be judgment herein in favor of Petitioner, **VEEDA PAYNE**, and against the Defendant, **WALMART, INC.**, for the reasonable sum in the premises, together with legal interest from the date of judicial demand, all costs of these proceedings, and for all other general and/or equitable relief.

RESPECTFULLY SUBMITTED:

David C. Spinner, LA Bar No. 34771
Galen M. Hair, LA Bar No. 32865
**Hair Shunnarah Trial Attorneys, LLC**
d/b/a Insurance Claim Lawyers, Inc.
d/b/a Insurance Claim HQ
3540 S. I-10 Service Rd. W., Suite 300
Metairie, LA 70001
Phone: (504) 684-5200
Fax: (504) 613-6351
hair@hairshunnarah.com
spinner@hairshunnarah.com

<u>**PLEASE SERVE:**</u>

WALMART, INC.
*Through its registered agent:* EBR  40.44 Check # 3857
C T CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Page 4 of 4


07/26/2022 11:49:37 CERTIFIED TRUE COPY - Pg:4 of 6 - Jefferson Parish Clerk of Court - ID:22108042

## Angela P. Ingraffia

**From:** David Spinner <spinner@hairshunnarah.com>
**Sent:** Friday, June 3, 2022 11:23 AM
**To:** Angela P. Ingraffia; Galen Hair
**Subject:** RE: EFile Case: 828896 D

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or on clicking links from unknown senders.

Received. Thanks



1

07/26/2022 11:49:37 CERTIFIED TRUE COPY - Pg:5 of 6 - Jefferson Parish Clerk of Court - ID:22108042

**Ingard Martinez**

RECEIVED VIA MAIL
FOR RECORD 06/13/2022 09:46:57
Michelle S. Bruner DY CLERK
JEFFERSON PARISH LA

From: Ingard Martinez
Sent: Friday, June 3, 2022 1:07 PM
To: Ingard Martinez
Subject: FW: EFile Case: 828896 D

rec'd via mail
6-13-22
MB

---

From: Angela P. Ingraffia <aingraffia@jpclerkofcourt.us>
Sent: Friday, June 3, 2022 11:23 AM
To: Galen Hair <hair@hairshunnarah.com>; David Spinner <spinner@hairshunnarah.com>
Subject: EFile Case: 828896 D

Please contact the civil filing department regarding the document: 20220603 Petition for Damages.pdf e-filed on 6/3/2022 11:02:47 AM.

**\*PLEASE CONFIRM RECEIPT VIA EMAIL TO AVOID A COURTESY CALL\***

In order to further process the petition we will need the following service check. $40.44 made payable to the EAST BATON ROUGE SHERIFF.

Thanks,

Angela P. Ingraffia
*Deputy Clerk of Court*
*24th JDC Civil New Suits*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 2400
Gretna LA 70053
Phone: (504) 364-2967
Fax: (504) 364-3780



1

JON A. GEGENHEIMER   07/26/2022 11:49:37 CERTIFIED TRUE COPY - Pg:6 of 6 - Jefferson Parish Clerk of Court - ID:22108042

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

VEEDA PAYNE     vs.   WALMART, INC

Court: 24th Judicial District     Docket Number: 828896

Parish of Filing: Jefferson     Filing Date: 06/03/2022

Name of Lead Petitioner's Attorney: DAVID C SPINNER

Name of Self-Represented Litigant: ____

Number of named petitioners: 1     Number of named defendants: 1

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☒ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)
- ☐ Hurricane Case

Please briefly describe the nature of the litigation in one sentence of additional detail:

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name David Spinner     Signature /s/ DAVID C SPINNER

Address 3450 S. I-10 Service Road. W, Suite 300, Metairie, La. 70001

Phone number: 504-323-5799     E-mail address: Spinner@insuranceclaimhq.com

JON A. GEGENHEIMER   07/26/2022 11:49:37 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:22108042

24th E-Filed: 06/03/2022 11:02 Case: 828896 Div:D Atty:034771 DAVID C SPINNER

[ SERVICE COPY ] / [RETURN COPY]

(101) CITATION: PETITION FOR DAMAGES;   220613-7107-0

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

VEEDA PAYNE
   versus
WALMART INC

Case: 828-896   Div: "D"
P 1 VEEDA PAYNE

To: WALMART INC
THROUGH ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE LA 70816

EBR CK #3857 $40.44

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney DAVID C. SPINNER and was issued by the Clerk of Court on the 13th day of June, 2022.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

---

### SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES;   220613-7107-0

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal          ___ Domiciliary_____

Unable to serve:
   ___ Not at this address     ___ Numerous attempts _____ times
   ___ Vacant                  ___ Received too late to serve
   ___ Moved                   ___ No longer works at this address
   ___ No such address         ___ Need apartment / building number
   ___ Other _____

Service: $_____ Mileage: $_____ Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____

Imaged 06/13/2022 10:26 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

 [ SERVICE COPY ] [RETURN COPY] 

(101) CITATION: PETITION FOR DAMAGES;     220613-7107-0

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

VEEDA PAYNE
versus
WALMART INC

Case: 828-896   Div: "D"
P 1 VEEDA PAYNE

To: WALMART INC
THROUGH ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE LA 70816

EBR CK #3857 $40.44

FILED FOR RECORD 07/14/2022 14:46:34
Courtney T. Boudreaux DY CLERK
JEFFERSON PARISH LA

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney DAVID C. SPINNER and was issued by the Clerk of Court on the 13th day of June, 2022.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;     220613-7107-0

Received:_____ Served:_____ Returned:_____

Service was made:
___ Personal     ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts ___ times
___ Vacant    ___ Received too late to serve
___ Moved    ___ No longer works at this address   made service on the named party through the
___ No such address    ___ Need apartment / building number    CT Corporation
___ Other_____

Service: $_____ Mileage: $_____ Total: $_____    JUN 29 2022

Completed by:_____ # ___ by tendering a copy of this document to
          Deputy Sheriff                         Ashley Minvielle
Parish of:_____

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana



Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1

JON A. GEGENHEIMER   07/26/2022 11:49:37 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:22108042

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 828-896 DIVISION "D"

VEEDA PAYNE

VERSUS

WALMART, INC.

FILED: _____    _____
                                  DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME TO PLEAD

NOW COMES, defendant, Walmart Inc., incorrectly named "Walmart, Inc.", who moves for an additional thirty (30) days or until August 19, 2022, in which to complete its investigation and file responsive pleadings herein, with a full reservation of all rights of said defendant and without making a general appearance as construed by La.C.C.P. Art. 7. Defendant has not filed a prior request for extension of time in this matter.

Respectfully submitted,

COURINGTON, KIEFER, SOMMERS,
MARULLO & MATHERNE, L.L.C.

_____

VALERIE THENG MATHERNE (#25898)
JAMES M. MATHERNE (#26155)
COLIN F. LOZES (#35893)
P. O. Box 2350
New Orleans, LA 70176
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
Facsimile: (504) 524-7887
Email: vmatherne@courington-law.com
       jmatherne@courington-law.com
       clozes@courington-law.com
*Attorneys for Defendant, Walmart Inc.*

{00862538.DOCX;1}

07/26/2022 11:49:37 CERTIFIED TRUE COPY - Pg:1 of 3 - Jefferson Parish Clerk of Court - ID:22108042
JON A. GEGENHEIMER

24th E-Filed: 07/20/2022 16:38 Case: 828896 Div:D Atty:025898 VALERIE THENG D MATHERNE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served on all counsel of record on the 20th day of July 2022, via the method indicated below:

    ____  Certified Mail/Regular Mail

    _X_  Facsimile

    _X_  E-mail Delivery

    ____  Federal Express/Hand Delivery

*[signature]*

VALERIE THENG MATHERNE

24th E-Filed: 07/20/2022 16:38 Case: 828896 Div:D Atty:025898 VALERIE THENG D MATHERNE

{00362538.DOCX;1}

2

JON A. GEGENHEIMER   07/26/2022 11:49:37 CERTIFIED TRUE COPY - Pg:2 of 3 - Jefferson Parish Clerk of Court - ID:22108042

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 828-896

DIVISION "D"

VEEDA PAYNE

VERSUS

WALMART, INC.

FILED: _____     _____
DEPUTY CLERK

ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS HEREBY ORDERED that defendant, Walmart Inc., incorrectly named "Walmart, Inc.", be, and is hereby granted, an additional thirty (30) days, up to and including August 19, 2022, within which to complete its investigation and file responsive pleadings herein, with a full reservation of all rights of said defendant, including the right to object to the jurisdiction of this Honorable Court and file any and all necessary exceptions as the facts may later reveal and disclose.

Gretna, Louisiana, this 21 day of July, 2022.

_____
Scott U. Schlegel
Honorable Scott U. Schlegel
Judge, 24th Judicial District Court
Division D

24th E-Filed: 07/20/2022 16:38 Case: 828896 Div:D Atty:025898 VALERIE THENG D MATHERNE

{00862538.DOCX;1}

3

07/26/2022 11:49:37 CERTIFIED TRUE COPY - Pg:3 of 3 - Jefferson Parish Clerk of Court - ID:22108042
SIGNED: HON. SCOTT U. SCHLEGEL - DIVISION: D - 07/21/2022 10:19:13 - CASE:828896 - ID:119929